UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND.........

Jody Lee Johnson
Plaintiff

vs
DEFENDANTS.

CA No# CA 08 015

State Of Rhode Island Et.al.

John Doe.(Providence police Cheif)

Eric Shabot,(Providence Police Officer)

William Mattera (Providence police detective)

Patrolman Demedeiros (Providence police officer)

Sergent Lopardo (Providence police Dept)

Kevin Hagan (Special assistant Attorney General)

Jamie Tierney(Wittness for the state)

Michael Robinson (Wittness for the State)

Any and all John and Jane Doe's et.al

CIVIL RIGHTS COMPLAINT

This is a civil action filed pursuant to 42 U.S C.A 1983 by Plaintiff, JODY LEE JOHNSON, an inmate at the Adult correctional Institution inCranston Rhode Island, Alleging violations of his constitutional rights by the named defendants.

The plaintiff is seeking declaratory judgement,compensatory and punitive damages and injunctive relief. The plaintiff seeks a trial by judge.

JURISDICTION

(1) This is a civil rights action pursuent to 42-USCA 1983,this court has jurisdiction under 28 USCA 1331 and 1343 (3), The plaintiff also invokes the pendent jurisdiction of this court to decide and hear, matters relating to State law as well as claims relating to policies and practices of the Rhode island Dept of Corr.

*
*
*

## Claim

The following is a detaild account of each defendants perticuler contribution in the violation of plaintiff constitutional rights each defendant, through there actions, testamony,proceederial-practice, prosecution, contributed in varyis degrees in the violation of plaintiffs constitutional right. and there for is being persued in their official and un-official capacity, civil action pursuant to 42 USCA 1983..

[Auguest 27th 2004, 9;30pm]
city of Providence.......

Providence Police Dept- Eric Shabot
Patrolman Demedeiros,

while on normal foot patrole out side of the chad brown housing projects, Douglas ave area; A broadcast of a Robbery home invasion taking place, 4 blocks from thir position, north bound of the police sub station, 564 Douglas ave/ home of one Mr Michael Robinson.

Bothe officers would then proceed north bound toward this location, you can refer to , Prov police broadcast log's this log will show, no discription of any suspect at any time went out during this APB,

with out any cause or reason, thee's officers would single out the first black male, walking in their direction from the location of the APB. they would proceed to detain and later fabricate evidence in order to justify thir reason for arresting plaintiff.

Bothe officers would later give conflicting testamony regarding thir reasons and motive to approuch and detain the plaintiff, as noted in transcripts. Revocation hearing Nov 2004
transcripts, of the grandjury minuts Dec 2005
transcripts, of Trial Nov 2006.

The officers would also later log into evidence, items they say was used in commition of a crime, items the officers accused the plaintiff of holding in plain clear site many many yards ahead of them, at night/ one set of purple latex glove's, the collor was also claerly seen at night,/ one brown camo ski mask's also identifyable at night sevral yard from officer's to suspect.

[Fact- Bothe officer's did in fact use racial-profileling as a motive to single out one black male, walking in a high traffic area of predomenitly colledge students.

(2)
Bothe officers conspierd togethir to plant evidence in order to conceal the fact that their was no true motive/justification to approuch or detain plaintiff.

(3) bothe officers did infact violate plaintiffs constitutional rights,

(3) each officer would then subbmit writtin reports detailling a false account of the actual events Auguest 27th 2004, as well as false testamony to the revocation court/grandjury hearing/ and trial

Contributting to a multitude of civil right violation's the actions of thee's two patrole officers'on the night of 8-27-2004,[approuching/profileling a single black male, in a manner to detain,] they assumed committed a crime, was with intent to provent and or hinder his free exercise or enjoyment of any right or privilege so securd.

==========================================================================

241-242' Deprivation of rights under color of law;

Whoever, under color of any law, statute, ordinance, regulation, or custome, willfully subjects any person in any state,territory, commonwealth, possession, or district to the deprivation of any rights, privileges or immunities secured or protected by the constitution or laws of the United State's, or to different punishments,pains or penalties, on account of such person being an alien, or by reason of his collor, or race than are prescribed for the punishment of citizen's.

=======================================

State and locale county, Police officer's, have no immunity to civil action under 42- USCS & 1983-an 1985' by reason of their official status. A claim for damages under 42-USCS & 1985 based upon addleged conspiracy to illegally arrest, detain, and convict plaintiffs, is subject to State statute of limitations, applicable to false arrest, false imprisonment, and malicious prosecution suits.

Police action in connection with Auguest 27th 2004 arrest is a violation of civil rights Act/ 42-USC & 1983-1985-1 ALR Fed 519]

Williams V Halperin-1973 SD NY-360 F Supp 554
Peck V United State's (1979,SD NY) 470 F Supp 1003

Although the city is not' Person' anenable to action under 42-USCS & 1986, city officials acting in their official capacities are subject to action under this section, Black bro's combined Inc Vs- Richmond-[1974, ED Va] 386 F Supp 147,12 BNA FEP Cas 432 10-CCH EPD 10267....

[Providence county detective William Mattera/prov'police Dept]

Primerry detective- Original case ID- 62-2004-16425
P1-2006-0147A

[Charge First Degree Robbery-city of Providence
August 27th 2004 9;30 pm.......

It is fact, that the detectives act of over-chargeing, first degree Robbery; actted with out probable cause, the detective actting under color of authority, gives rise to a Federal cause of action for damages consequent upon the detectives unconstitutional conduct.

The police dept' failure to obey the strictures of the Fourth amendment, the dept illegal acts of law enforcement officials committed in the performance of assighned duties. Police action in connection with plaintiffs arrest as violation of civil rights Act.

Stage one' action taken after' was transported to HQ" prov' police dept; 10;13 pm, held in holding after unformed officer's was told buy a female witness' that the boots the suspect being held 'had on looked like the boot's the alledged robber was wearing when he interd the house, with a fier arm.

Please refer to detective note's submitted 8-27-2004]
Miss Jamie Tierney-would be the only witness out of potentil 5 othirs' transported into interveiw with detective Mattera/ she would than give a brief narrative of the nights event's making very clear to the detectives, that she could not find her wallet, and she was told the police found her wallet on the out side of the home, in the drive way.

She was told this was being photoe'd and printed/ she would tell the detectives that she did not ID, any person that came into the home, that she was not a victime of a robbery, she simply wantted her wallet, and she stated in her narrative that she doe's not wish to write or sighn any form of statement.

Her property was returned to her she was allowed to leave, you can refer' to prov police files for this narrative to detective's, The alleged robbery was of the home of locle drug dealer/informent Michael Robinson/ Suspect was taken from his holding in the early hours, AM, 1;00, ask's to write a confession, signd a rights form and made no statement to the detective's.

On the day of Auguest 28th 2004, Detective Mattera and partner would go out to 564 Douglas ave, home of the alleged robbery, execute a out standing arrest warrent for one Michael Robinson, after securing mr Robinson in side HQ" he was givin a statement to sighn,he would later at trial addmit that he told the detectives he was under the influence of controld substance at the time.

Refer to trial transcript's, November 3rd 2006,on cross buy attorney

James T McCormick. Detectives would than use his statements, not any statement from a victim, he is listed as a witness only, yet the actions of the detectives, were of a conspiering nature, when they bothe agreed to file a over-charge of first degree robbery at that momment of the investagation.

On the same day of securring this false statement plaintiff would be automaticly held as a revocation violatore,detective would than go out to the seen of arrest and magicly find a discarded fier-arm, this would be internd in evidence as the weapon used in the commition of the charged robbery. [Manufactured Evidence-Statements/and or testamony]

the actions and proceeders under-taken buy the dept' paints a very clear pattern of civil violation's, thee's actions are clearly noted in all of the filed statements and narrative on hand, the detectives conflicting testamony can also be read in all court hearings starting with October November, revocation hearing in Prov' superior court.

======================