ITENEMY2

File Edit PF Keys Shift PF Keys Help

SENT CHARGE INMATE VIEW

INC. #: 26524 *** INMATE ***

LAST NAME: JOHNSON FIRST: JODI MINIT: L

ID: 084042 D.O.B: [redacted] RACE: BLACK

*** SENTENCE *** YR MO DAY

CASE: P1911763A COUNT: 01 SENT CODE: 040F27 TERM: 009 000 000

DESC: ROBBERY

COMMIT DATE: 08/30/2004 JUDGE: MCGUIRL

DATE IMPOSED: 12/16/2004 PAROLE ELIG DATE: 06/01/2007 AWT DAYS

RETRO DATE: 05/31/2004 DATE PAROLED: COMP: 199

343 day diff. — FULL EXPIRATION: 05/31/2013 COURT: 0

GOOD TIME DATE: 06/22/2012 MERITORIOUS TIME: 0 369 TOTAL

GOOD TIME DAYS FROZEN: 0 ACCUM: 315.0

INDUSTRIAL DAYS FROZEN: 0 ACCUM: 54

CONSEC GT RATE: 0.00 LOSS GOOD TIME: 26 ESC TIME: 0

SENTENCE STATUS: CONTROLLING SENTENCE SUSPEND TIME: 1 yr PROB: 1 yrs

ORIGINAL CASE: P1911763A COUNT: CONSEC AWT: 0

CONSEC CASE: COUNT: CONSEC TERM:

1) Revocation Dates

2) Display Sentence

4) Prev / First

5) Next / Last

16) Return

^16) Main Menu

AUG 15 2007

Ready

Start MENURUN ITENEMY2

369 TOTAL

LOSS G.T. 26

343

JUL 2 3 2007

ITENEMY2

File Edit PF Keys Shift PF Keys Help

PAROLE INMATE VIEW

*** INMATE ***

INC. #: 26524

LAST NAME: JOHNSON FIRST: JODI MINIT: L

ID: 084042 D.O.B: [redacted] RACE: BLACK

PAROLE DATE: 06/01/2007 *** LIST PAROLE ***

| ACTION DATE | ACTION | NEXT HEARING DATE | COMMENTS |
|---|---|---|---|
| 12/16/2004 | INIT DATE | 06/01/2007 | NEW PAROLE ELIGIBILITY DATE |
| 06/18/2007 | CONTINUED | 07/01/2007 | CONTINUED |
| 07/18/2007 | DENIED | 07/01/2008 | RECONSIDERTION |

Choose by cursor position LIST

Enter) Display Parole

4) Prev / First

5) Next / Last

Parole History

16) Return

^16) Main Menu

Ready

Start 2 Microsoft Office... MENURUN ITENEMY2 Microsoft Excel - Go...

# Criminal Docket Sheet Report



**Case ID:** P1-2006-0147A **Description:** JODI JOHNSON
**Filing Date:** 20-JAN-2006
**Original Case ID:** 62-2004-16425

**Defendant Name:** JODI JOHNSON **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** @10092503 **Date of Birth:** [redacted] **Incarcerated:**

**Address:** [redacted]

PROVIDENCE RI 02905

**PROSECUTOR:** CARL J. RICCI
**PROSECUTOR:** KEVIN HAGAN
**COURT APPOINTED ATTORNEY:** JAMES T. MCCORMICK

## Charge Information

**Count:** 1 11-39-1/1D **FIRST DEGREE ROBBERY**
**Offense Date:** 27-AUG-2004

**Charge Text:**
[redacted]

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

08-FEB-2006 NO CONTACT ORDER

## Bail Information

30-AUG-2004 DEFENDANT HELD WITHOUT BAIL
08-FEB-2006 DEFENDANT HELD WITHOUT BAIL

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 08-FEB-2006 | **ARRAIGNMENT**<br>DEFT ARRGN & PLEADS NOT GUILTY | LANPHEAR, JUDGE |
| 15-FEB-2006 | **DETERMINATION OF ATTORNEY**<br>DEFENSE ATTY TO ENTER | LANPHEAR, JUDGE |
| 29-MAR-2006 | **MOTION FOR TRANSCRIPT**<br>GRANTED | LANPHEAR, JUDGE |

JW.

DeLuca & Weizenbaum, Ltd.

Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Eskey
Jennifer Azevedo*

Kathy McGinn, RN, BSN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

December 28, 2007

Mr. Jody Johnson
P.O. Box 8274
Cranston, RI 02920

*Re:* *Potential civil rights action*

Dear Mr. Johnson:

Thank you for your letter dated September 11, 2007, which we received on November 30, 2007. While it appears as though your confinement resulting from a violation in connection with a charge on which you were ultimately acquitted is inconsistent, we regret that reconsideration of sentencing decisions in criminal matters is not an area of law in which we practice.

Also, given the broad judicial and prosecutorial immunity to § 1983 actions, pursuit of a civil rights action in relation to prosecution, sentencing, and incarceration on the violation would probably be an exercise in futility.

For these reasons, we are unable to offer you any assistance or representation. As far as attorneys who may be able to help, I would think that Attorney McCormick would be in a better position to make recommendations given his familiarity with the law in this area and the attorneys who practice it.

I wish you success and am sorry that we are not able to help.

Very truly yours,
DeLuca & Weizenbaum, Ltd.

Michael Eskey
Michael T. Eskey

MTE/td