**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JODY LEE JOHNSON**

**v.** **C.A. No. 08-015 ML**

**STATE OF RHODE ISLAND**, et al.

**ORDER**

Plaintiff Jody Lee Johnson filed a Complaint in the above captioned case on January 11, 2008. The plaintiff, however, failed to pay the initial filing fee of $350.00, nor did he file a motion to proceed *in forma pauperis pursuant* to 28 U.S.C. § 1915 with the appropriate documentation.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $350.00, or file a motion to proceed *in forma pauperis* with the appropriate paperwork (i.e. affidavit in support of the motion and plaintiff's prison trust account statement from **July 10, 2007 to January 10, 2008**).

Plaintiff shall comply with this Order within twenty days. Failure to comply with this Order will result in a dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 15 Jan 2008