STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Providence ,SC. United States District COURT

Jody lee Johnson

vs. Docket No#: 08-015-ML

Providence Police dept'
State of Rhode Island Et.al

**AFFIDAVIT OF INDIGENCY**

I, Jody Lee Johnson, do hereby depose and say:

My only source of income is Prison detail/Laundry facility'in the industrys wharhouse.

- The income I do receive is used on the basic necessities.
- I have no liquidable assets or cash reserves.
- Due to my indigency, I am unable to pay the costs of service or process and filing fees.

Presented by:

Jody Lee Johnson
Print Name

[signature] 1-17-2008
Signature Date

Rhode Island dept' of corrections,Med security
Address p.o box 8274 Cranston R.i 02920
Zip

Subscribed and sworn to before me in the County of Providence, in the City of Cranston in the State of Rhode Island and Providence Plantations, this 23 day of January, 2008.

[signature]
Clerk/Notary Public

5/31/09
My Commission Expires