**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JODY LEE JOHNSON**

v. **C.A. No. 08 - 015 ML**

**STATE OF RHODE ISLAND, et al.**

# ORDER

This matter is before the court on the motion of a plaintiff Jody Lee Johnson, *pro se*, for leave to proceed *in forma pauperis* without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of motion, and of plaintiff's trust account statement, said motion is **DENIED**. Plaintiff has sufficient funds in his prison trust account to pay the filing fee of $350.00.

Accordingly, plaintiff is hereby **ORDERED** to pay the filing fee within ten days of this Order. Failure to comply will result in dismissal of this civil action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 5, 2008