**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JODY LEE JOHNSON**

**v.** **C.A. No. 08- 015 ML**

**STATE OF RHODE ISLAND, et al.**

**Report and Recommendation**

Jacob Hagopian, United States Magistrate Judge

On January 11, 2008, Jody Lee Johnson, *pro se*, filed with the Court a Complaint together with a request to proceed *in forma pauperis*. On February 5, 2008, the Court denied the motion to proceed *in forma pauperis* and ordered the plaintiff to pay the initial filing fee of $350.00 within ten days. To the date of this order, plaintiff has failed to do so. Accordingly, I recommend that the instant civil action be dismissed, without prejudice, since the plaintiff has not paid the initial filing fee.

Any objection to this report and recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed.R.Civ.P. 72 (b). Failure to file timely, specific objection to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
United States Magistrate Judge
Date: MARCH 4, 2008