RECEIVED

MAR 13 2008

Property of U.S. District Court
District of Rhode Island

Date; March 8th 2008 Case;No 08-015 ML

to Clerk Of Courts.
U.S District Court house.
District of Rhode Island
02903

DEAR CLERK"

I am in reciept of this courts recamendation to dismiss my civil complaint. For fauiler to pay the fee, 350'00 in the 10 days allo-tted..

I did ask's this court to allowe me another means or way to pay this money, i did ask's this court to take into account i do work in the prison laundry, for a meager 3 dollors aday. Should the court still wish to dismiss this action, i asks to be allowed to re-interdice this action apon my projected release date.

Witch is 2012 June. I have been in prison sence my arrest 8-27-2004 the date of my civil violations buy members of the prov police dept, ect.

I have been trying to find a attorney to help me for some 3 years now, and i just done have the money. i thank this court for it's time.

Respectfully

=======================
Jody Lee Johnson
p o box 8274
Cranston R I 02920