UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JODY LEE JOHNSON

v. CA 08-015 ML

STATE OF RHODE ISLAND, et al.

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on March 4, 2008. Magistrate Judge Hagopian recommends dismissal of the complaint because Plaintiff has failed to pay the filing fee as previously ordered by Magistrate Judge Hagopian. Plaintiff has filed an objection to the Report and Recommendation. Having reviewed Plaintiff's inmate account and his objections, this Court declines to adopt the Report and Recommendation. Instead, this Court makes the following order:

Plaintiff shall be permitted to pay the filing fee in installments. The first installment of $150 shall be paid on or before April 15, 2008. The second installment of $100 shall be paid on or before May 15, 2008. The third and final installment of $100 shall be paid on or before June 16, 2008.

Should Plaintiff fail to make the first installment as directed, this matter will be dismissed without prejudice and without any further notice to Plaintiff.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
March 26, 2008