*
*
* Case #-08-015ML

To; United States Distric Court
Magistrate Justice Hagopian

Re; Jody Lee Johnson
v
State of rhode Island,et al

Date, May 21st 2008

RECEIVED
MAY 27 2008
Property of U.S. District Court
District of Rhode Island

Dear Justice Hagopian'

I am writing in regard's to a order issued on March 26th 2008, to the RI,Doc' inmate accounts office. A order i did not even become awair of untill May 13th 2008.

It was brung to my attention that my inmate account, the in-active account' reserved for a inmates, his or her's release from the DOC facility, was infact debited in the amount of 150'00 dollors.

I was not even notifyd buy this court or the DOC, that this action tock place on April 12th 2008, nore did i eyen Authorize buy Signiture for this transaction to followe through.

Had i known that the courtwas going to place such a order, directing the with drawel of 150'00 dollors, from my inactive savings i would not have allowed this and i would have with drawn my complaint untill i was in fact released from the DOC, or found another way to pay this fileing fee, not from the only money i have to inter the camunity with after being locked in prison sence April 2004.

I thank this court for allowing me to pay this fee in installments, i simply did not wish to pay in the manore deemed buy this court's order. 150'00, than 100'00 every month.

I asks that this court allowe the with drawn fund's to be returnd back to me at the DOC, and that i be allowed to pay this fee in it's intierty apon my release from the DOC, in the year 2008.

I thank this court for all it';s time and patince in this matter.

Respectfully

==========================
Jody Lee Johnson