UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JODY LEE JOHNSON

v. CA 08-015 ML

STATE OF RHODE ISLAND

## MEMORANDUM AND ORDER

This matter is before the Court on the Recommendation of Senior United States Magistrate Judge Hagopian that the action be dismissed without prejudice. Plaintiff has not filed any objection. This Court adopts the Report and Recommendation in its entirety.

Plaintiff's motion for a refund of the $150 portion of the filing fee sent by the Rhode Island Department of Corrections is GRANTED. The action is hereby DISMISSED without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 31, 2008